2022R00282/RJG

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| | : | |
| v. | : | Crim. No. 26-523 |
| | : | |
| FRANCESCO D. FAVUZZI | : | 18 U.S.C. §§ 876(c) and 2 |

# I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the United States charges:

On or about October 6, 2021, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**FRANCESCO D. FAVUZZI**,

did knowingly deposit in a post office and authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication, namely, a letter, addressed to Victim-1, and containing a threat to injure Victim-1 and others.

In violation of Title 18, United States Code, Section 876(c) and Section 2.

ROBERT FRAZER
UNITED STATES ATTORNEY

By: R. Joseph Gribko
Assistant U.S. Attorney

Approved by:

Elaine K. Lou
Chief, Criminal Division